PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL – CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Richard.Rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SHARON ALZETA RANDOLPH, ) | Case No: 2:16-CV-01188-CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND TIME |
| ) | |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIIN, Acting Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

    The parties, through their respective counsel, stipulate the time for filing of defendant's opposition to plaintiff's opening brief be extended from December 5, 2016 to December 19, 2016.

    This is defendant's first request for an extension of time to file a response to Plaintiff's opening brief.  Defendant needs the additional time to further review the file in light of the issues raised by Plaintiff in her opening brief; an unusually heavy work load where the undersigned has 4 briefs due, two on December 2, 2016, and two on December 5, 2016, and two administrative matters both due the week of December 5.  In addition, the undersigned has scheduled leave from November 23, 2016, through November 30, 2016.

Stipulation and Order for Extension of Time

2:16-CV-01188-CKD                                                                                                                                            1

This request is made in good faith without any intention to unduly delay the litigation of this case. The scheduling order shall be extended accordingly. The undersigned apologizes to this Court, Plaintiff, and her counsel for any inconvenience caused by this request.

                                              Respectfully submitted,

Dated: November 21, 2016          PHILLIP A. TALBERT
                                          United States Attorney
                                          DEBORAH LEE STACHEL,
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                By:    */s/Richard M. Rodriguez*
                                          RICHARD M. RODRIGUEZ
                                          Special Assistant U.S. Attorney

                                            Attorneys for Defendant

Dated: November 21, 2016          */s/Monica Perales*
                                            As authorized by email on 11/21/16
                                            Monica Perales
                                            Attorney for Plaintiff

**IT IS SO ORDERED:**

Dated:  November 23, 2016

                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE